AUSTIN, Respondent, v. CLARK, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by Ida Austin against Hattie F. Clark, as administratrix, etc., of George W. Burcham, deceased. No opinion. Order affirmed, with costs.

AUSTIN, Appellant, v. ONONDAGA COUNTY FAIR ASS'N, Respondent. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Margaret A. Austin, as administratrix, etc., against the Onondaga County Fair Association. No opinion. Motion to dismiss appeal granted, with costs.

AUTOMATIC PACKAGING CO., Respondent, v. MENDLESON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by the Automatic Packaging Company against Norman Mendleson and others. No opinion. Order affirmed, with $10 costs and disbursements.

AVERILL v. ANDREWS. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Charles S. Averill against Frank M. Andrews. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

BAHOUTH, Respondent, v. PATTERSON, Appellant, et al. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Habcob Bahouth against Benjamin Patterson, impleaded with others. G. Bell, for appellant. G. A. Ferris, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BALLARD, Respondent, v. VILLAGE OF HAMBURG, Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Ada L. Ballard against the Village of Hamburg.

PER CURIAM. Judgment and order affirmed, with costs. Appeal to Court of Appeals denied, 132 N. Y. Supp. 1121.

McLENNAN, P. J., not sitting.

BANCHETTI v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. January 17, 1912.) Action by Giovanni Banchetti, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the verdict, with costs.

BEIRNE, Respondent, v. RAVITCH et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by Thomas Beirne against Joseph Ravitch and others. No opinion. Motions for reargument, or for leave to appeal to the Court of Appeals (from 132 N. Y. Supp. 1121), denied, without costs.

BELLESKY v. GRONHOLZ et al. (Supreme Court, Appellate Term. February 8, 1912.) Appeal from Municipal Court, Borough of Manhattan, Second District. Action by Esther Bellesky against Diedrich Gronholz and another. From a judgment for plaintiff, defendants appeal. Reversed, and new trial ordered. Adolph Waxenbaum, for appellants. Fannie Horovitz, for respondent.

SEABURY, J. This is an action to recover damages for personal injuries alleged to have been caused by the negligence of the defendants. The mother of the plaintiff testified that glass from a window on the first or second floor of the premises No. 206 East Tenth street, borough of Manhattan, fell and struck the plaintiff. In their answer the defendants admitted that they owned the premises referred to, but denied that these premises were under their control. The evidence offered was insufficient to prove negligence on the part of the defendants, or to establish any fact from which negligence could properly be inferred. Margulies v. Beck, 130 N. Y. Supp. 159. Judgment reversed, and new trial ordered, with costs to appellants to abide the event. All concur.

BERMAN, Respondent, v. AUTOMATIC VENDING CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 1, 1912.) Action by Lena Berman, an infant, by Abraham Berman, her guardian ad litem, against the Automatic Vending Company. No opinion. Judgment and order unanimously affirmed, with costs.

BERMANT, Respondent, v. BEHN, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 16, 1912.) Action by Jacob W. Bermant against Adolph Behn, impleaded with others. H. Elfers, for appellant. A. Furber, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

BERNHARD, Appellant, v. BERNHARD et al., Respondents. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by Paul Bernhard against Martha Bernhard and others. O. Horwitz, for appellant. A. Mayper, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BICKFORD, Respondent, v. ROBINSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by John L. Bickford against Alfred J. Robinson and another. No opinion. Judgment affirmed, with costs.